*Wednesday, May 17, 1995*
## MERIT DOCKET

**94–2508.** State ex rel. Cuyahoga Cty. Dept. of Children & Family Serv. v. Ferreri. *Cuyahoga County*, No. 68023. *Sua sponte,* cause dismissed as moot.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2561.** Walton v. Edwards. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–37.** Mechel v. Ghee. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–55.** Barnett v. Ohio Adult Parole Auth. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–71.** Self v. Ghee. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–195.** Thompson v. Ghee. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–218.** Donaldson v. State. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–289.** Sullen v. Ohio Adult Parole Auth. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–369.** Tillman v. Lyons. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–486.** Wilmont v. Ghee. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–494.** State ex rel. Hill v. O'Grady. In Prohibition. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–614.** Bailey v. Borchert. In Mandamus. On motion to dismiss of Daniel L. Borchert. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–618.** State ex rel. Hasan v. Cartolano. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–645.** State ex rel. Edmonds v. Indus. Comm. In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.
DOUGLAS and PFEIFER, JJ., dissent and would grant an alternative writ.

**95–699.** State ex rel. McElya v. McGough. In Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.